# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mensah, Shirley P. | United States District Court, Eastern District of Missouri | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Missouri 63102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Husch Blackwell, LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Husch Blackwell, LLP, partner compensation | $161,204.32 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Pfizer - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Husch Blackwell, LLP | Contribution for Investiture Reception Costs | $6,273.60 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | School | Tuition | J |
| 2. | United States Department of Education | Student Loan | L |
| 3. | Bank of America | Mortgage on Rental Property#1 (St. Louis, Missouri) | M |
| 4. | Bank of America | Mortgage on Rental Property #2 St. Louis, Missouri) | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking | A | Interest | J | T | | | | | |
| 2. First Community - Checking | A | Interest | K | T | | | | | |
| 3. ING Direct - Savings | A | Interest | K | T | | | | | |
| 4. Emigrant Direct - Savings | A | Interest | J | T | | | | | |
| 5. Husch Blackwell 401K - Vanguard Funds | | None | M | T | | | | | |
| 6. ----Vanguard FTSE All-World ex-US Index F | | | | | | | | | |
| 7. ---Vanguard Institutional Index Fund | | | | | | | | | |
| 8. ----Vanguard Mid Cap Index Fund Instl | | | | | | | | | |
| 9. ---Vanguard REIT Index Fund Signal | | | | | | | | | |
| 10. ----Vanguard Small Cap Index Fund | | | | | | | | | |
| 11. ---Vanguard Target Retirement 2025 | | | | | | | | | |
| 12. ---Vanguard Total Bnd Mrkt Index Instl | | | | | | | | | |
| 13. Brokerage Account #1 (Merrill Lynch) (Y) | | | | | | | | | |
| 14. -- PFE | B | Int./Div. | | | | | | | |
| 15. IRA #1 | B | Int./Div. | N | T | | | | | |
| 16. -- First Trust Exchang Traded Fund II Health | | | | | | | | | |
| 17. -- FT NASDAQ Tech DVD Index Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --ISHARES Trust Russell 2000 Value Index Fund | | | | | | | | | |
| 19. -- Invesco Balanced Risk Allocation Fund (Y) | | | | | | | | | |
| 20. --Vanguard Total Intn'l Fund (X) | | | | | | | | | |
| 21. --Vanguard Total Stock Market | | | | | | | | | |
| 22. --Blackrock Equity Dividend Fund A | | | | | | | | | |
| 23. --Federated Kaufmann LG Cap Fund Class A | | | | | | | | | |
| 24. --Goldman Sachs Rising Dividend Growth Fund | | | | | | | | | |
| 25. --Goldman Sachs Small Mid Cap Growth Fund class A | | | | | | | | | |
| 26. --James Alpha Global Real Estate Investment Fund (X) | | | | | | | | | |
| 27. -- Oppenheimer Dev. Markets Fund Class A | | | | | | | | | |
| 28. -- Putnam Equity Spectrum Fund Class A | | | | | | | | | |
| 29. -- Delaware Diversified Income Fund, Class A (Y) | | | | | | | | | |
| 30. -- Double Line Core Fixed Income Fund Class N | | | | | | | | | |
| 31. --Federated Strategic Income Fund Class A | | | | | | | | | |
| 32. -- Fidelity Advisor Strategic Income Fund Class A | | | | | | | | | |
| 33. --Franklin Templeton Global Bond Fund Class A | | | | | | | | | |
| 34. -- Goldman Sachs Emerging Markets Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Invesco Floating Rate Fund (X) | | | | | | | | | |
| 36. -- Loomis Sayles Investment Grade Bond Fund Class A | | | | | | | | | |
| 37. -- Blackrock Multi-Asset Income Portfolio Fund class A | | | | | | | | | |
| 38. -- First Eagle Global Fund Class A | | | | | | | | | |
| 39. -- Invesco Balanced Risk Allocation Fund A (Y) | | | | | | | | | |
| 40. IRA #2 | A | Int./Div. | J | T | | | | | |
| 41. --Blackrock Equity Divident Fund | | | | | | | | | |
| 42. -- Blackrock International Opportunities A | | | | | | | | | |
| 43. -- Federated Kaufmann Lge Cap Fund Class A | | | | | | | | | |
| 44. -- Goldman Sachs Small Midcap Growth Fund Class A | | | | | | | | | |
| 45. -- Lord Abbett Value Opportunties Fund Class A | | | | | | | | | |
| 46. --Oppenheimer Dev. Markets Fund Class A | | | | | | | | | |
| 47. --Templeton Global Opportunities Fund Class A | | | | | | | | | |
| 48. -- Delaware Diversified Income Fund Class A | | | | | | | | | |
| 49. -- Franklin/Templeton Global Bond Fund class A | | | | | | | | | |
| 50. -- Loomis Sayles Strategic Income Fund Class A | | | | | | | | | |
| 51. -- Blackrock Global Allocation Fund Inc. A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- First Eagle Global Fund Class A | | | | | | | | | |
| 53. -- Ivy Asset Strategy Fund Class A | | | | | | | | | |
| 54. 529 Plan #1 | | None | K | T | | | | | |
| 55. --- Columbia Growth 529 Portfolio Fund Class C | | | | | | | | | |
| 56. -- Columbia Moderate Growth 529 Portfolio Fund Class C | | | | | | | | | |
| 57. Trust #1 | B | Int./Div. | L | T | | | | | |
| 58. -- UBS RMA Money Market Portfolio | | | | | | | | | |
| 59. --First Trust Exchange Traded Fund II Health Care Alphadex F | | | | | | | | | |
| 60. -- FT Nasdaq Tech DVD Index Fund ETF | | | | | | | | | |
| 61. -- Ishares Trust Russell 2000 Value Index Fund | | | | | | | | | |
| 62. -- Vanguard Total International Stock ETF | | | | | | | | | |
| 63. -- Vanguard Total Stock Mkt. ETF | | | | | | | | | |
| 64. -- Blackrock Equity Dividend Fund A | | | | | | | | | |
| 65. -- Federated Kaufmann Lg Cap Fund Class A | | | | | | | | | |
| 66. -- Goldman Sachs Rising Dividend Growth Fund Class A | | | | | | | | | |
| 67. -- Goldman Sachs Small Mid Cap Growth Fund Class A | | | | | | | | | |
| 68. -- James Alpha Global Real Estate Inv. Fund (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Oppenheimer Dev. Market Fund Class A | | | | | | | | | |
| 70. -- Putnam Equity Spectrum Fund Class A | | | | | | | | | |
| 71. -- Delaware Diversified Income Fund Class A (Y) | | | | | | | | | |
| 72. -- Doubline Core Fixed Income Fund Class N | | | | | | | | | |
| 73. -- Federated Strategic Income Fund Class A | | | | | | | | | |
| 74. -- Fidelity Advisor Strategic Income Fund Class A | | | | | | | | | |
| 75. -- Franklin/Templeton Global Bond Fund Class A | | | | | | | | | |
| 76. -- Goldman Sachs Ermerging Mkt DBT - A | | | | | | | | | |
| 77. --Invesco Floating Rate Fund Class A (X) | | | | | | | | | |
| 78. -- Loomis Sayles Investment Grade Bond Fund Class A | | | | | | | | | |
| 79. -- Blackrock Multi-asset Income Portfolio Fund Class A | | | | | | | | | |
| 80. -- First Eagle Global Fund Class A | | | | | | | | | |
| 81. -- Invesco Balanced-Risk Allocation Fund A | | | | | | | | | |
| 82. Janus Enterprise Fund D Shares | B | Int./Div. | L | T | | | | | |
| 83. Brokerage Account #2 (Fidelity) | | | | | | | | | |
| 84. -- PFE | | None | K | T | | | | | |
| 85. --Pfizer 401(k) | | None | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---- Large Cap Growth | | | | | | | | | |
| 87. ----T Rowe Small Cap Stock | | | | | | | | | |
| 88. ---- Pfizer Stock Fund | | | | | | | | | |
| 89. ----Dodge & Cox Intl. | | | | | | | | | |
| 90. ----Opphmr Dev. Mkts. | | | | | | | | | |
| 91. ----Low Price Stock Fund | | | | | | | | | |
| 92. ----Mid Cap Stock Fund | | | | | | | | | |
| 93. ----Ev Large Cap Value | | | | | | | | | |
| 94. ----Vanguard Target 2030 | | | | | | | | | |
| 95. ---- T Rowe Stable Value | | | | | | | | | |
| 96. ----Pfizer Stock Match | | | | | | | | | |
| 97. Brokerage Account #3 (TD Ameritrade) | | | | | | | | | |
| 98. -- AAP | A | Dividend | J | T | Buy | 03/02/12 | J | | |
| 99. --AFL | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 100. --AGU | | None | J | T | Buy | 07/24/12 | J | | |
| 101. --AAPL | A | Dividend | K | T | | | | | |
| 102. --ABC | A | Dividend | | | Sold | 05/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --AGU (Y) | | | | | | | | | |
| 104. --ARW | | | | | Sold | 05/08/12 | J | | |
| 105. --ASNA | | None | J | T | Buy | 03/20/12 | J | | |
| 106. --AVD (X) | | | | | Sold | 01/23/12 | J | A | |
| 107. --CAR | | | | | Sold | 02/23/12 | J | | |
| 108. --AVT | | | | | Sold | 05/08/12 | J | | |
| 109. --BAC | A | Dividend | J | T | Buy | 05/08/12 | J | | |
| 110. --BBBY | | None | J | T | | | | | |
| 111. --CELL | | | | | Sold | 02/23/12 | J | | |
| 112. ---BT | A | Dividend | J | T | | | | | |
| 113. --CA | A | Dividend | J | T | Buy | 07/24/12 | J | | |
| 114. --CACI | | None | J | T | Buy | 03/02/12 | J | | |
| 115. --CIM | A | Dividend | J | T | | | | | |
| 116. --CI | | | | | Sold | 03/02/12 | J | | |
| 117. --CRUS | | None | J | T | Buy | 02/23/12 | J | | |
| 118. --CLF | A | Dividend | | | Sold | 03/05/12 | J | | |
| 119. --CNH | B | Dividend | J | T | Buy | 05/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --CMCSK | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 121. --CCK | | | | | Sold | 03/02/12 | J | B | |
| 122. --DECK | | | | | Sold | 03/05/12 | J | C | |
| 123. --DFS | A | Dividend | J | T | Buy | 03/05/12 | J | | |
| 124. --DISH | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 125. --XOM | A | Dividend | J | T | | | | | |
| 126. --FB (X) | | | J | T | Buy | 12/31/12 | J | | |
| 127. --EZPW | | | | | Sold | 05/08/12 | J | | |
| 128. --GS | A | Dividend | J | T | | | | | |
| 129. --GT | | | | | Sold | 02/23/12 | J | | |
| 130. --GOOG | | None | J | T | | | | | |
| 131. --HUN | A | Dividend | J | T | Buy | 05/08/12 | J | | |
| 132. --INCY | | None | J | T | | | | | |
| 133. --IMKTA | A | Dividend | | | Sold | 05/08/12 | J | A | |
| 134. --INTC | A | Dividend | J | T | | | | | |
| 135. --IPG (X) | | | | | Sold | 05/08/12 | J | | |
| 136. --KELYA | A | Dividend | | | Sold | 05/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --LH | | None | J | T | | | | | |
| 138. --MGA | A | Dividend | J | T | | | | | |
| 139. --MSFT | A | Dividend | J | T | | | | | |
| 140. --MENT (X) | | | | | Sold | 05/08/12 | J | | |
| 141. --NP | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 142. --ONTY | | | | | Sold | 12/19/12 | J | | |
| 143. --SBH | | | | | Sold | 03/19/12 | J | C | |
| 144. --STX | A | Dividend | J | T | Buy | 05/08/12 | J | | |
| 145. --SFD | | | | | Sold | 03/01/12 | J | A | |
| 146. --SMP | A | Dividend | | | Sold | 03/19/12 | J | B | |
| 147. --TKR | A | Dividend | J | T | Buy | 05/08/12 | J | | |
| 148. --UHS | A | Dividend | J | T | | | | | |
| 149. --LCC | | None | J | T | Buy | 05/08/12 | J | | |
| 150. Rental Property #1 (     St. Louis, Mo) (comparable units) | E | Rent | N | V | | | | | |
| 151. Rental Property #2 (     St. Louis, MO) (comparable units) | E | Rent | M | V | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -Additional Notes:

Lines 13-14 - In 2012, all of the assets contained in Brokerage Account #1 (Merrill Lynch) were transferred to Fidelity (Brokerage Account #2). Although the Fidelity Account contains the same investments, Filer did not reflect the gains earned while the accounts were at Merrill, in the Fidelity Account.

Line 103 -- AGU -- This line is duplicative of Line 100 and should be removed.

Lines 106, 135, 140 -- These shares were reportable for purposes of my Initial Disclosure but were inadvertently left off the disclosure.

Lines 150-151 reflect the current asking/sale price of comparable units in the area of each unit.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Shirley P. Mensah**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544